IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD L. ETTER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PROMEDICA SENIOR CARE OF | : | NO. 24-4213 |
| PHILADELPHIA PA, LLC, d/b/a | : | |
| PROMEDICA TOTAL REHAB + | : | |
| (PHILADELPHIA), et al. | : | |

<u>ORDER</u>

AND NOW, this 22nd day of October, 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1) the motion of plaintiffs to remand this action to the Court of Common Pleas of Philadelphia (Doc. #9) is DENIED; and

(2) the claims against defendant Jennifer Valinoti are DISMISSED without prejudice.

BY THE COURT:

/s/  Harvey Bartle III
                                                J.