IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD L. ETTER, et al.          :          CIVIL ACTION
                                 :
          v.                     :
                                 :
PROMEDICA SENIOR CARE OF         :
PHILADELPHIA PA, LLC d/b/a       :          NO. 24-4213
PROMEDICA TOTAL REHAB +          :
(PHILADELPHIA), et al.           :

ORDER

AND NOW, this 28th day of May 2026, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that:

(1)  the motion of defendants Promedica Senior Care of Philadelphia PA, LLC d/b/a Promedica Total Rehab + (Philadelphia), HCR III Healthcare LLC, HCR Manor Care Service LLC, and Promedica Health System, Inc. for summary judgment (Doc. #43) is GRANTED; and

(2)  the motion of plaintiff Gerald L. Etter for partial summary judgment (Doc. #44) is DENIED as Moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                    J.